UNITED STATES DISTRICT COURT **ORDER**
MIDDLE DISTRICT OF TENNESSEE _Threushone_
NASHVILLE DIVISION GRANTED. With the
approval of Plaintiff's
application to proceed
JAMES DOUGLAS SMITH in forma pauperis,
CASE# 3:13-MC-0129 The Court
V CHIEF JUDGE HAYNES will
determine if
DAVIDSON COUNTY Criminal This action should
COURT CLERK HOWARD GENTRY RECEIVED proceed
IN CLERK'S OFFICE further
JAN 22 2014 by separate
MOTION order
TO ASCERTAIN STATUS U.S. DISTRICT COURT
OF CASE MID. DIST. TENN.

2-19-14

COMES NOW
THE PLAINTIFF, JAMES DOUGLAS SMITH, By And
THROUGH PROSE STATUS, MOVING THIS HONORABLE COURT
WITH THE ABOVE TITLE MOTION TO ASCERTAIN STATUS
OF CASE 3:13-MC-0129 Before the HONORABLE
Chief Judge William J. HAYNES JR.

1. THE MOVANT SHOWS FOR CAUSE, THAT A Certified COPY
of (0) zero ballance from the CCA/metro Account WAS
Notarized by the chaplain of CCA/metro IN December
2013 AND Mailed To THE Clerk of court U S DISTRICT
Court At NAShville TENNessee.

2. THAT THE Clerk listed the plaintiffs Address
AS the DAVIDSON County SHeriffs Office P.O. Box
196383 NAShville Tennessee 37219

3. THE Plaintiff Moves THE court, THAT THE
Address of record should be CCA/metro
5115 HARDING Place NAshville Tennessee
37211 Unit E-1-46

James D. Smith
James D. Smith